1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10    United States of America,

11                    Plaintiff,

CASE NO. CR16-5307-BHS

12        v.

ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION BY UNITED
STATES PRETRIAL SERVICES

13    Kyle Ray Shouse,

14                    Defendant.

15

16        THIS MATTER comes on for hearing on the Petition of the United States Pretrial

17    Services Office alleging defendant violated the conditions of supervision as set forth in said

18    Petition.

19        The plaintiff appears through Special/Assistant United States Attorney, Vince Lombardi;

20        The defendant appears personally and represented by counsel, Lee Edmund;

21        The defendant has been advised of (a) the alleged violations; (b) the right to a hearing;

22    and (c) that defendant's Appearance Bond could be revoked and defendant detained pending

23    resolution of the underlying charges in the Complaint/Indictment/Information if found to be in

24    violation of supervision.

The defendant having

( X ) acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following bond conditions as set forth below:

1)Using morphine on or about: March 22, 2017 and April 4, 2017; 2)Failing to attend his intensive outpatient treatment appointment as directed since March 28, 2017; 3)Using morphine on or about April 19, 2017 and April 24, 2017; 4)Residing at an unauthorized residence without Pretrial Services approval since on or about March 24, 2017; and 5) Failing to call the drug line 57 times since commencing supervision.

(  ) been found to be in violation of his bond as set forth below after a hearing before the undersigned:

The court having determined that the defendant violated the conditions of his/her Appearance Bond, Now therefore defendant's Appearance Bond  is hereby:

(  ) continued in effect.

(  ) modified as follows:

( X ) revoked, and the defendant stipulates to detention, to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 9 day of March, 2017.

/s/ David W.Christel
David W. Christel
United States Magistrate Judge